**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **MARIA EDUVINA HERNANDEZ-DIAZ DE FIALLOS** | **CIVIL ACTION NO. 26-469 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **MICHA NEALS ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), noting the absence of objections thereto, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS ORDERED AND SIGNED in Chambers this 10th day of September, 2026.

Jerry Edwards, Jr.

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**